UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLSTATE INSURANCE COMPANY,

       Plaintiff-Appellant,

**CASE NO. 09-14975**
Hon. Lawrence P. Zatkoff

vs

GLOBAL MEDICAL BILLING, INC., FIRST GLOBAL MEDICAL SUPPLY, SALMA ALI SHEIKH, GET WELL MEDICAL TRANSPORTATION COMPANY, HALA MAKKI, PROGRESSIVE PHYSICAL THERAPY AND REHABILITATION, INC., REHAB SPECIALIST GROUP, INC., an Assumed Name of Progressive Physical Therapy and Rehab Center, Inc., and an Assumed Name of Tri-County Physical Therapy and Rehabilitation, Inc., TAHZIBUL H. RIZVI a/k/a T.H. RIZVI, MEDICAL EVALUATIONS AND TESTING, P.C., TERRY REZNICK, D.O., MEDICAL EVALUATIONS, P.C., JAMES E. BEALE, JR., M.D., SUNCARE REHAB, INC., SUNDARAM S. PILLAI, REHAB ASSOCIATIONS, INC., VINOD JOSHI, AMANDA BAZZI a/k/a AMALE MAKKI BAZZE, ANDREA PENNINGTON, M.D., FAYE CHEHAB a/k/a FATEMAH CHEHAB, IRWIN LUTWIN, D.O., JEFFREY PARKER, M.D., SEAN MURDOCK, AND SUKAINA MACKIE a/k/a SUE MAKKI,

       Defendants-Appellees.

---

## **NOTICE OF APPEAL**

MARY T. NEMETH (P34851)
GROSS & NEMETH, P.L.C.
Attorneys of Counsel for
 ALLSTATE INS CO
615 Griswold St., Suite 1305
Detroit, MI 48226
(313) 963-8200
mnemeth@gnsappeals.com

KAREN W. MAGDICH (P62746)
ALLISON D. LAZETTE (P70945)
MAGDICH & ASSOCIATES, P.C.
Attorneys for ALLSTATE INS CO
21600 Novi Rd., Suite 700
Novi, MI 48375
(248) 344-0013
kmagdich@magdichlaw.com
alazette@magdichlaw.com

GROSS & NEMETH, P.L.C.
ATTORNEYS AT LAW
615 GRISWOLD, SUITE 1305 DETROIT, MICHIGAN 48226
(313) 963-8200

CRAIG S. ROMANZI (P45549)
ROMANZI & ATNIP, P.C.
Attorneys for GLOBAL MEDICAL
BILLING, INC; FIRST GLOBAL
MEDICAL SUPPLY; SALMA ALI
SHEIKH; GET WELL MEDICAL
TRANSPORTATION COMPANY; HALA
MAKKI; MEDICAL EVALUATIONS
AND TESTING, P.C.; TERRY
REZNICK, D.O.; MEDICAL
EVALUATIONS, P.C.; JAMES E. BEALE,
JR., M.D.; SUNCARE REHAB,INC;
SUNDARAM S. PILLAI; REHAB
ASSOCIATES, INC.; VINOD JOSHI;
AMANDA BAZZI a/k/a AMALE
MAKKI BAZZE; IRWIN LUTWIN, D.O.;
SUKAINA MACKI a/k/a SUE MAKKI; and
CO-COUNSEL FOR ANDREA
PENNINGTON, M.D.
2850 Dixie Highway
Waterford, MI 48328
(248) 674-4404
craig@romanziatnip.com

MICHAEL S. CAFFERTY (P36613)
Co-Counsel for GLOBAL MEDICAL
BILLING, INC; FIRST GLOBAL
MEDICAL SUPPLY; SALMA ALI
SHEIKH; GET WELL MEDICAL
TRANSPORTATION COMPANY; HALA
MAKKI; MEDICAL EVALUATIONS
AND TESTING, P.C.; TERRY REZNICK,
D.O.; MEDICAL EVALUATIONS, P.C.;
JAMES E. BEALE, JR., M.D.; SUNCARE
REHAB, INC; SUNDARAM S. PILLAI;
REHAB ASSOCIATES, INC.; VINOD
JOSHI; AMANDA BAZZI a/k/a AMALE
MAKKI BAZZE; IRWIN LUTWIN, D.O.;
SUKAINA MACKI a/k/a SUE MAKKI
333 W. Fort Street
Suite 1100
Detroit, MI 48226
(313) 628-4717
mcaffe@aol.com

BARRY M. ROSENBAUM (P26487)
SEYBURN KAHN
Attorneys for PROGRESSIVE PHYSICAL
THERAPY AND REHAB CENTER, INC;
TRI-COUNTY PHYSICAL THERAPY
AND REHABILITATION, INC; REHAB
SPECIALIST GROUP, INC; and
TAHZIBUL H. RIZVI a/k/a T.H. RIZVI
2000 Town Center, Suite 1500
Southfield, MI 48075
(248) 353-7620
brosenbaum@seyburn.com

JOEY S NISKAR (P55480)
THE NISKAR LAW FIRM PLLC
Attorneys for FAYE CHEHAB
30600 Telegraph Rd., Suite 4290
Bingham Farms, MI 48025
(248) 499-8995
joeynlaw@aol.com

RONALD ROBERTS (P37373)
Attorney for SEAN MURDOCK
21900 Greenfield Rd., Floor 1
Oak Park, MI 48237
(248) 967-3000
ronaldroberts@sbcglobal.net

DEBRA A. SPICER (P37172)
Attorney for
ANDREA PENNINGTON, M.D.
645 Griswold St., Suite 1717
Detroit, MI 48226
(313) 961-2100
dspicer@spicerlaw.com

GERARD MANTESE (P34424)
BRENDAN H. FREY (P70893)
MANTESE HONIGMAN
Attorneys for FAYE CHEHAB &
JEFFREY PARKER, M.D.
1361 E. Big Beaver Rd
Troy, MI 48083
(248) 457-9200
gmantese@manteselaw.com
bfrey@manteselaw.com

GROSS & NEMETH, P.L.C.
ATTORNEYS AT LAW
615 GRISWOLD, SUITE 1305   DETROIT, MICHIGAN 48226
(313) 963-8200

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff-Appellant, ALLSTATE INSURANCE COMPANY, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the following:

- The Opinion & Order filed February 23, 2011, which inter alia granted Defendants' Motions to Dismiss and dismissed Plaintiff's cause of action;

- The Judgment filed February 23, 2011, which dismissed Plaintiff's cause of action; and

- The Opinion & Order filed February 1, 2012, which inter alia denied Plaintiff's Motion for Reconsideration.

| | |
|---|---|
| MAGDICH & ASSOCIATES, P.C. | GROSS & NEMETH, P.L.C. |
| /s/ KAREN W. MAGDICH (P62746) | /s/ MARY T. NEMETH (P34851) |
| ALLISON D. LAZETTE (P70945) | Attorneys of Counsel for ALLSTATE INS CO |
| Attorneys for ALLSTATE INS CO | 615 Griswold St., Suite 1305 |
| 21600 Novi Rd., Suite 700 | Detroit, MI 48226 |
| Novi, MI 48375 | (313) 963-8200 |
| (248) 344-0133 | mnemeth@gnsappeals.com |
| kmagdich@magdichlaw.com | |
| alazette@magdichlaw.com | Dated: March 1, 2012 |

GROSS & NEMETH, P.L.C.
ATTORNEYS AT LAW
615 GRISWOLD, SUITE 1305   DETROIT, MICHIGAN 48226
(313) 963-8200

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLSTATE INSURANCE COMPANY,

      Plaintiff-Appellant,            **CASE NO. 09-14975**
                                          Hon. Lawrence P. Zatkoff

vs.

GLOBAL MEDICAL BILLING, INC., FIRST GLOBAL
MEDICAL SUPPLY, SALMA ALI SHEIKH, GET WELL
MEDICAL TRANSPORTATION COMPANY, HALA MAKKI,
PROGRESSIVE PHYSICAL THERAPY AND REHABILITATION,
INC., REHAB SPECIALIST GROUP, INC., an Assumed Name of
Progressive Physical Therapy and Rehab Center, Inc., and an Assumed
Name of Tri-County Physical Therapy and Rehabilitation, Inc., TAHZIBUL
H. RIZVI a/k/a T.H. RIZVI, MEDICAL EVALUATIONS AND TESTING,
P.C., TERRY REZNICK, D.O., MEDICAL EVALUATIONS, P.C.,
JAMES E. BEALE, JR., M.D., SUNCARE REHAB, INC., SUNDARAM
S. PILLAI, REHAB ASSOCIATIONS, INC., VINOD JOSHI, AMANDA
BAZZI a/k/a AMALE MAKKI BAZZE, ANDREA PENNINGTON, M.D.,
FAYE CHEHAB a/k/a FATEMAH CHEHAB, IRWIN LUTWIN, D.O.,
JEFFREY PARKER, M.D., SEAN MURDOCK, AND SUKAINA MACKIE
a/k/a SUE MAKKI,

      Defendants-Appellees.

---

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 1, 2012, I electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

GROSS & NEMETH, P.L.C.
ATTORNEYS AT LAW
615 GRISWOLD, SUITE 1305   DETROIT, MICHIGAN 48226
(313) 963-8200

CRAIG S. ROMANZI (P45549)
ROMANZI & ATNIP, P.C.
Attorneys for GLOBAL MEDICAL
BILLING, INC; FIRST GLOBAL
MEDICAL SUPPLY; SALMA ALI
SHEIKH; GET WELL MEDICAL
TRANSPORTATION COMPANY; HALA
MAKKI; MEDICAL EVALUATIONS
AND TESTING, P.C.; TERRY
REZNICK, D.O.; MEDICAL
EVALUATIONS, P.C.; JAMES E. BEALE,
JR., M.D.; SUNCARE REHAB,INC;
SUNDARAM S. PILLAI; REHAB
ASSOCIATES, INC.; VINOD JOSHI;
AMANDA BAZZI a/k/a AMALE
MAKKI BAZZE; IRWIN LUTWIN, D.O.;
SUKAINA MACKI a/k/a SUE MAKKI; and
CO-COUNSEL FOR ANDREA
PENNINGTON, M.D.
2850 Dixie Highway
Waterford, MI 48328
(248) 674-4404
craig@romanziatnip.com

MICHAEL S. CAFFERTY (P36613)
Co-Counsel for GLOBAL MEDICAL
BILLING, INC; FIRST GLOBAL
MEDICAL SUPPLY; SALMA ALI
SHEIKH; GET WELL MEDICAL
TRANSPORTATION COMPANY; HALA
MAKKI; MEDICAL EVALUATIONS
AND TESTING, P.C.; TERRY REZNICK,
D.O.; MEDICAL EVALUATIONS, P.C.;
JAMES E. BEALE, JR., M.D.; SUNCARE
REHAB, INC; SUNDARAM S. PILLAI;
REHAB ASSOCIATES, INC.; VINOD
JOSHI; AMANDA BAZZI a/k/a AMALE
MAKKI BAZZE; IRWIN LUTWIN, D.O.;
SUKAINA MACKI a/k/a SUE MAKKI
333 W. Fort Street
Suite 1100
Detroit, MI 48226
(313) 628-4717
mcaffe@aol.com

BARRY M. ROSENBAUM (P26487)
SEYBURN KAHN
Attorneys for PROGRESSIVE PHYSICAL
THERAPY AND REHAB CENTER, INC;
TRI-COUNTY PHYSICAL THERAPY
AND REHABILITATION, INC; REHAB
SPECIALIST GROUP, INC; and
TAHZIBUL H. RIZVI a/k/a T.H. RIZVI
2000 Town Center, Suite 1500
Southfield, MI 48075
(248) 353-7620
brosenbaum@seyburn.com

JOEY S NISKAR (P55480)
THE NISKAR LAW FIRM PLLC
Attorneys for FAYE CHEHAB
30600 Telegraph Rd., Suite 4290
Bingham Farms, MI 48025
(248) 499-8995
joeynlaw@aol.com

RONALD ROBERTS (P37373)
Attorney for SEAN MURDOCK
21900 Greenfield Rd., Floor 1
Oak Park, MI 48237
(248) 967-3000
ronaldroberts@sbcglobal.net

DEBRA A. SPICER (P37172)
Attorney for
ANDREA PENNINGTON, M.D.
645 Griswold St., Suite 1717
Detroit, MI 48226
(313) 961-2100
dspicer@spicerlaw.com

GERARD MANTESE (P34424)
BRENDAN H. FREY (P70893)
MANTESE HONIGMAN
Attorneys for FAYE CHEHAB &
JEFFREY PARKER, M.D.
1361 E. Big Beaver Rd
Troy, MI 48083
(248) 457-9200
gmantese@manteselaw.com
bfrey@manteselaw.com

GROSS & NEMETH, P.L.C.
ATTORNEYS AT LAW
615 GRISWOLD, SUITE 1305 DETROIT, MICHIGAN 48226
(313) 963-8200

and I hereby certify that I have mailed by United States Postal Service the pleading to the following non-ECF participants: None.

Dated: March 1, 2012

/S/MARY T. NEMETH
GROSS & NEMETH, P.L.C.
*Attorneys of Counsel for*
 *Plaintiff-Appellant*
615 Griswold St., Ste. 1305
Detroit, MI 48226
Telephone: (313) 963-8200
Facsimile: (313) 963-9169
mnemeth@gnsappeals.com

GROSS & NEMETH, P.L.C.
ATTORNEYS AT LAW
615 GRISWOLD, SUITE 1305   DETROIT, MICHIGAN 48226
(313) 963-8200